# Order

Michigan Supreme Court
Lansing, Michigan

December 30, 2014

147080

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JAMES YOUNG STURDIVANT,
　　　　Defendant-Appellant.

SC: 147080
COA: 314042
Oakland CC: 96-145767-FC

_____/

　　　　By order of February 5, 2014, the application for leave to appeal the March 13, 2013 order of the Court of Appeals was held in abeyance pending the decisions in *People v Carp* (Docket No. 146478), *People v Davis* (Docket No. 146819) and *People v Eliason* (Docket No. 147428). On order of the Court, the cases having been decided on July 8, 2014, 496 Mich 440 (2014), the application is again considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

　　　　CAVANAGH, J., would grant leave to appeal.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014

Clerk

h1215